# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA ANNETTE TORRICELLAS, aka NANCY MONTGOMERY,<br><br>    Petitioner<br><br>vs.<br><br>GUIERRMO GARCIA, CIW WARDEN, AND ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>    Respondents. | Case No. EDCV 10-0573-DDP(RC)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are SUMMARILY DISMISSED without prejudice.

DATED: May 28, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

R&Rs\10-0573.jud
5/20/10